# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2006

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Griffith, Thomas B | US Court of Appeals-DC Circuit | 05/09/2007 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Active | ☐ Nomination, Date<br>☐ Initial ☒ Annual ☐ Final<br><br>5b. ☐ Amended Report | 01/01/2006<br>to<br>12/31/2006 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| 333 Constitution Avenue, NW<br>Suite 3917<br>Washington, DC 20001 | Reviewing Officer_____ Date_____ |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Member, Executive Board | American Bar Association/Central European and Eurasian Law Initiative |
| 2. Member, Board of Directors | Friends of the CEELI Institute |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 2000 | Deseret Mutual Benefit Association (DMBA) Investment Fund (retirement plan) |
| 2. | |
| 3. | |

RECEIVED 2007 MAY 14 A 10: 19 FINANCIAL DISCLOSURE OFFICE

| Name of Person Reporting | Date of Report |
|---|---|
| **Griffith, Thomas B** | 05/09/2007 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2006 | Brigham Young University - Adjunct Professor salary | $ 7,162.50 |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☒ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | Brigham Young University Atlanta Management Society | January 14-15 -- Atlanta, GA -- BYU Symposium (Transportation, Lodging, Meals, Parking) |
| 2. | McLean Rotary Club | February 14, 2006 -- McLean, VA -- Luncheon Speaker -- (Lunch) |
| 3. | 3rd Annual LDS Law Student Conference | February 17-18 -- Washington, DC -- Panel participant and Closing Remarks (Lunch) |
| 4. | Federalist Society/NYC LDS Law Students | March 24 -- New York, NY -- Speak at lunch for Columbia Federalist Society; Evening talk for NYC LDS law students (Transportation, Meals) |

| Name of Person Reporting | Date of Report |
| --- | --- |
| **Griffith, Thomas B** | 05/09/2007 |

| | | |
| --- | --- | --- |
| 5. | Brigham Young University | April 14 -- Provo, UT -- Keynote Speaker at BYU Honors Symposium (Transportation, Meals) |
| 6. | District of Columbia Circuit - Judicial Conference | June 6-8 -- Nemacolin Woodlans Resort, Farmington, PA -- 2006 D.C. Circuit Judicial Conference (Lodging, Meals, Mileage) |
| 7. | ABA/CEELI | July 8-13 -- Istanbul, Turkey -- ABA Global Rules of Law Initiatives Meeting (Transportation, Lodging, Meals) |
| 8. | ABA/CEELI | July 13-15 - Prague, Czech Republic -- CEELI Institute Advisory Board Meeting (Transportation, Lodging, Meals) |
| 9. | Harvard University LDS Law Students | September 16-17 -- Boston, MA -- Spoke at Harvard University's LDS Law Students events (Transportation, Meals) |
| 10. | University of Utah | October 5 -- Salt Lake City, UT -- J. Reuben Clark Law Society Student chapter (Lunch) |
| 11. | Federalist Society | October 11 - Las Vegas, NV -- Speak at William S. Boyd School of Law on behalf of the Federalist Society (Transportation) |
| 12. | American Bar Association | May 16 -- Washington, DC -- CEELI Institute Board of Director's Meeting (Taxi fare) |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

☐ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
| --- | --- | --- | --- |
| 1. | UNLV Federalist Society | Honorarium contributed to Federal Court Clerks Association Hurrican Relief Fund | $ 1,000.00 |
| 2. | BYU Honors Symposium | 2 t-shirts | $ 10.00 |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-33 of instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
| --- | --- | --- | --- |
| 1. | Utah Central Credit Union | Construction Loan | N |
| 2. | Chase | Credit Card | J |
| 3. | Washington Mutual | Credit Card | J |
| 4. | Honda Financial Services | Car Loan | K |
| 5. | C & D Construction | Unsecured construction loan | K |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Wells Fargo Bank Acct | A | Interest | K | T | | | | | |
| 2. DMBA Investment Fund | D | Dividend | K | T | Prtl lqdtn | 12/12 | L | D | |
| 3. New York Life Whole Life Policy | A | Interest | J | T | | | | | |
| 4. Thrift Savings Plan | A | Interest | J | T | | | | | |
| 5. Nuveen #1 | A | Dividend | J | T | | | | | |
| 6. Nuveen #2 | A | Dividend | J | T | | | | | |
| 7. | | | | | | | | | |
| 8. | | | | | | | | | |
| 9. | | | | | | | | | |
| 10. | | | | | | | | | |
| 11. | | | | | | | | | |
| 12. | | | | | | | | | |
| 13. | | | | | | | | | |
| 14. | | | | | | | | | |
| 15. | | | | | | | | | |
| 16. | | | | | | | | | |
| 17. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Griffith, Thomas B | 05/09/2007 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.



Sign_____ Date__ 5/9/07 _____

NOT_____ULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL
AN

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544